IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| KEVIN W. WILLIAMS, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | CIVIL ACTION NO. 14-0432-CG-M |
| CYNTHIA D. STEWART, | ) |  |
| Respondent. | ) |  |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE and ORDERED** this 3rd day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE